UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH P. GASKIN,

       Plaintiff,

                                               Case No. 09-13243

v.

                                               Paul D. Borman
                                               United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                             Michael Hluchaniuk
                                               United States Magistrate Judge

       Defendant.

_____/

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 14),
(3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 15),
AND (4) AFFIRMING THE FINDINGS OF THE COMMISSIONER**

      Before the Court is Magistrate Judge Michael Hluchaniuk's Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Dkt. No. 20).

      Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Defendant's Motion for Summary Judgment, and **AFFIRMS** the findings of the Commissioner of Social Security.

      This Order closes the case.

**IT IS SO ORDERED.**

                                       S/Paul D. Borman
                                       PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 22, 2011.

                                       S/Denise Goodine
                                       Case Manager